H. ORVILLE WARNER, Appellant, v. SYRACUSE SUPPLY Co., INC., Respondent.

Submitted January 7, 1946; decided January 17, 1946.

*Ira H. Morris* for motion.

No one opposed.

MOTION dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.